# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TELLIS SOFTWARE, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 3:07-cv-352 |
| POKERTEK, INCORPORATED, GEHRIG "LOU" WHITE, and JAMES CRAWFORD, | § § § § § § | |
| Defendants, | § | |
| AND | | |
| POKERTEK, INCORPORATED, | § § | |
| Defendant/Counter-Plaintiff, | § § § | |
| v. | § § | |
| TELLIS SOFTWARE, INC, | § § § | |
| Plaintiff/Counter-Defendant. | § | |

## ORDER GRANTING
## MOTION FOR PRO HAC VICE ADMISSION OF PATRICK M. MCCARTHY AND CHRISTOPHER R. ROYCE

THIS MATTER has been presented to the Court by way of Motion for pro hac vice admission of out-of-state attorneys, Patrick M. McCarthy and Christopher R. Royce, filed on October 9, 2007, to appear on behalf of Defendants, PokerTek, Inc., Gehrig "Lou" White and James Crawford.

Upon review and consideration of the Motion and the Declaration filed in support thereof, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Messrs. McCarthy and Royce shall be admitted to appear before this Court *pro hac vice* on behalf of Defendants, PokerTek, Inc., Gehrig "Lou" White and James Crawford upon payment of the sum of One Hundred Dollars ($100.00) each to the Clerk of Court within ten (10) days of the date of the filing of this Order.

**SO ORDERED.**

Signed: October 9, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge