IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV352-C

| | |
|---|---|
| **TELLIS SOFTWARE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **O R D E R** |
| ) | |
| **POKERTEK, INC., GEHRIG "LOU" WHITE,** ) | |
| **and JAMES CRAWFORD,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**THIS MATTER** is before the Court on the Plaintiff's "Motion for Admission ... Pro Hac Vice ... of Carl R. Barry ... and Adam J. Loewy" (document #51) filed October 16, 2007. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: October 16, 2007

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge