UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-352

| | |
|---|---|
| TELLIS SOFTWARE, INC., )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>POKERTEK, INC., )<br>GEHRIG "LOU" WHITE, and )<br>JAMES CRAWFORD, )<br>  Defendants. )<br> ) | ORDER |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

In accordance with a confidential settlement agreement, and pursuant to stipulation of Plaintiff, Tellis Software, Inc., and the Court being fully advised:

**IT IS HEREBY ORDERED** that this entire lawsuit, including all claims made in any pleading in this lawsuit, are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

**SO ORDERED**.

Signed: December 6, 2007

Robert J. Conrad, Jr.
Chief United States District Judge